# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **DULCE PUPO NIEVES** | **CIVIL DOCKET NO. 6:26-CV-0359** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BRIAN ACUNA ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering Petitioner Dulce Pupo Nieves' MOTION TO VOLUNTARY DISMISS HABEAS PETITION (the "Motion") [REC 10];

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] filed by Petitioner Dulce Pupo Nieves is hereby DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in chambers on this 16th day of March 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE